886 A.2d 656

LARRY SPELL, ETC., PLAINTIFF–APPELLANT, v. R.C.
MAXWELL CO., ET AL., DEFENDANTS, AND BELL
ATLANTIC—NJ, DEFENDANT–RESPONDENT.

November 3, 2005.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.

886 A.2d 656

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RAFAEL DEJESUS, DEFENDANT–MOVANT.

November 3, 2005.

ORDERED that the motion for reconsideration of the petition for certification is granted and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).